1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SABRINA EICKHOFF,                        No.  2:18-cv-01054-KJM-GGH

12                  Plaintiff,

13          v.                                ORDER

14   EXPERIAN INFORMATION
     SOLUTIONS, INC., et al.,
15
                 Defendants.
16

17

18

19          Plaintiff and defendant Wells Fargo Bank, N.A. ("Wells Fargo") have stipulated to extend

20   the time for Wells Fargo to respond to the complaint to August 6, 2018 to permit them to continue

21   settlement discussions.  Good cause appearing therefore IT IS HEREBY ORDERED that:

22          Wells Fargo Bank, N.A. has until August 6, 2018 to respond to plaintiff's complaint.

23          **IT IS SO ORDERED.**

24   Dated: July 26, 2018

25                                     /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            1