1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  ELIZABETH HOLT ANDREWS (State Bar No. 263206)
   eha@severson.com
4  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
5  SEVERSON & WERSON
   A Professional Corporation
6  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
7  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
8
   Attorneys for Defendant
9  WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SABRINA EICKHOFF, | Case No. 2:18-cv-01054-KJM-GG |
|---|---|
| Plaintiff, | **THIRD JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Sabrina Eickhoff ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1.   Plaintiff served the Complaint on May 4, 2018.

2.   Defendant's deadline to respond to the Complaint was May 25, 2018.

3.   Plaintiff and Defendant entered into a stipulation to postpone the response deadline

1  to June 22, 2018.

2      4.     Plaintiff and Defendant jointly moved to extend the response deadline to July 23, 2018. The Court granted the motion on June 19, 2018.

    5.     Defendant was researching its files in aid of settlement discussions, so the parties moved jointly to extend Defendant's response deadline to August 6, 2018. The Court granted the motion on July 26, 2018.

    6.     Defendant has now completed its research of its files in connection with the complaint and the parties' settlement negotiations have advanced. The undersigned parties believe that they can resolve their dispute if an additional extension is granted by the Court.

    7.     Plaintiff and Defendant therefore jointly move to extend Defendant's response deadline by an additional two weeks, to August 20, 2018.

DATED: August 6, 2018      SAGARIA LAW, P.C.

By:      */s/ Elliot Gale*
        Elliot Gale

Attorneys for Plaintiff Sabrina Eickhoff

DATED: August 6, 2018      SEVERSON & WERSON
                                     A Professional Corporation

By:      */s/ Elizabeth Holt Andrews*
        Elizabeth Holt Andrews*

Attorneys for Defendant Wells Fargo Bank, N.A.

*I, Elizabeth Holt Andrews, am the ECF user whose identification and password are being used to file this Joint Motion. I hereby attest that Elliot Gale has concurred in this filing.

                                                                          By:    */s/ Elizabeth Holt Andrews*

**ORDER**

Pursuant to the joint motion of plaintiff Sabrina Eickhoff and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to August 20, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE